IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CAUSE NO. 1:14CV224-LG-JCG |
| DAWN PROPERTIES, INC.; SOUTHERN CROSS CONSTRUCTION COMPANY, INC.; RIDGELAND CONSTRUCTION ONE, LLC; THE BEACH CLUB, LLC; THE BEACH CLUB II, LLC; THE BELMONT OF LAMAR, LLC; GRAND BISCAYNE APTS., LLC; SEAINN, LLC; and IKE THRASH | DEFENDANTS |
| AND | |
| SUMMER MISS, LLC; 14510 LEMOYNE BOULEVARD, LLC; LEXINGTON MILL MISSISSIPPI OWNER, LLC; INN BY THE SEA HOME OWNERS ASSOCIATION, INC.; RS BELMONT APARTMENTS, LLC | RULE 19 DEFENDANTS |
| 14510 LEMOYNE BOULEVARD, LLC | CROSSCLAIM PLAINTIFF |
| v. | |
| GRAND BISCAYNE APTS., LLC | CROSSCLAIM DEFENDANT |
| AND | |
| IKE THRASH | DEFENDANT TO CROSSCLAIM |

## AGREED JUDGMENT OF DISMISSAL

The Court, having approved consent orders resolving all claims, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the subject consent orders, and the

Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to all parties, with the parties to bear their own costs. Pursuant to the agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing these consent orders.

**SO ORDERED AND ADJUDGED** this the 22nd day of February, 2017.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge